1068

[No. 44737-8-I. Division One. March 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00399-5, Marsha J. Pechman, J., entered April 15, 1999. *Reversed* by unpublished per curiam opinion.

[No. 44744-1-I. Division One. March 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD HICKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00429-7, Deborah Fleck, J., entered June 7, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45536-2-I. Division One. March 20, 2000.]

*In the Matter of the Personal Restraint of* TERRANCE JONES, *Petitioner.*

Petition for relief from personal restraint. *Granted with instructions* by unpublished per curiam opinion.

[No. 45453-6-I. Division One. March 20, 2000.]

*In the Matter of the Personal Restraint of* DONALD FISHER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 46360-8-I. Division One. March 20, 2000.]

*In the Matter of the Personal Restraint of* WINSTON GREEN, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.